**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6577**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JASON ORTEGA, a/k/a Julio, a/k/a Jesus, a/k/a Billy St.
John,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:98-cr-00047-RAJ-TEM-4)

Submitted:  July 25, 2013              Decided:  July 30, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Ortega, Appellant Pro Se. Darryl James Mitchell, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Ortega appeals the district court's order denying his request for a copy of the sentencing transcript from his 1998 trial at government expense. Ortega currently has no motion to vacate pending, 28 U.S.C.A. § 2255 (West Supp. 2013), and he is therefore not eligible for preparation of a transcript at government expense. 28 U.S.C. § 753(f) (2006); United States v. MacCollom, 426 U.S. 317, 319 (1976). Nor does Ortega's motion for transcripts allege grounds sufficient to support the certification requirements of § 753(f). Therefore, although we grant Ortega leave to proceed in forma pauperis, we deny his motion to appoint counsel and affirm the order below. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED